884

No. 77–1431.  FRINK v. FRINK, 436 U. S. 926;
No. 77–1516.  PELTZMAN v. CENTRAL GULF LINES, INC., 436 U. S. 927;
No. 77–1535.  HEILMAN v. A & M RECORDS, INC., 436 U. S. 952;
No. 77–6307.  MCCRAVY v. LANE, WARDEN, 436 U. S. 947;
No. 77–6416.  JAMES v. HOGAN, WARDEN, 436 U. S. 947;
No. 77–6463.  BUTTORFF ET AL. v. UNITED STATES, 437 U. S. 906;
No. 77–6466.  CASSIDY v. UNITED STATES, 436 U. S. 951;
No. 77–6470.  SMITH v. HOPPER, WARDEN, 436 U. S. 950;
No. 77–6512.  KICKASOLA v. JIM WALLACE OIL CO. ET AL., 436 U. S. 921;
No. 77–6517.  WILSON v. ARMSTRONG ET AL., 436 U. S. 928;
No. 77–6566.  CARTER v. PROPERTY SERVICES OF AMERICA, INC., ET AL., 436 U. S. 948;
No. 77–6582.  CARTER v. ROMINES ET AL., 436 U. S. 948;
No. 77–6639.  CHAPMAN v. FEDERAL NATIONAL MORTGAGE ASSN., 436 U. S. 961;
No. 77–6648.  NASIM v. COMMISSIONER OF INTERNAL REVENUE, 437 U. S. 907; and
No. 77–6660.  TAYLOR v. POEHLING, ASSISTANT CIRCUIT ATTORNEY, CITY OF ST. LOUIS, 437 U. S. 908.  Petitions for rehearing denied.

No. 76–1726.  MOBIL OIL CORP. v. HIGGINBOTHAM, ADMINISTRATRIX, ET AL., 436 U. S. 618.  Petition for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 77–11.  SHELL OIL CO. v. GOVERNOR OF MARYLAND ET AL.; and
No. 77–12.  CONTINENTAL OIL CO. ET AL. v. GOVERNOR OF MARYLAND ET AL., 437 U. S. 117.  Petitions for rehearing denied.  MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.